ORIGINAL

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

FILED IN CHAMBERS
U.S.D.C. Atlanta
MAY 1 5 2012
JAMES N. HATTEN, Clerk
By: _____ Deputy Clerk

| | |
|---|---|
| UNITED STATES OF AMERICA : | CRIMINAL INDICTMENT |
| v. : | |
| RODNEY RICHARDSON, JR. : | **1:12-CR-152** |

THE GRAND JURY CHARGES THAT:

Starting on or about September 8, 2011, in the Northern District of Georgia, the defendant, RODNEY RICHARDSON, JR., an individual required to register under the Sex Offender Registration and Notification Act, who traveled in interstate commerce, knowingly failed to register and update his registration as required by the Sex Offender Registration and Notification Act, all in violation of Title 18, United States Code, Section 2250(a).

A _____ BILL

_____
FOREPERSON

SALLY QUILLIAN YATES
UNITED STATES ATTORNEY

JILL E. STEINBERG
ASSISTANT UNITED STATES ATTORNEY
75 Spring Street, S.W.
Atlanta, GA 30303
404/581-6364
404/581-6181 (fax)
Georgia Bar # 502042